UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH LAUFER,

                Plaintiff,                Case No.1:19-cv-1501(BKS/ML)

V.

LAXMI & SONS, LLC

                Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of May 2020 I served a true and correct copy of the foregoing Correspondence along with the May 7, 2020 Order of the Honorable Judge Brenda K. Sannes in case number 1:19-cv-01324 on the Defendant by Regular Mail to:

Laxmi & Sons LLC
110 Columbia Turnpike
Rensselaer, New York 12144

       Dated: New York, New York
          May 14, 2020

_____
Peter Sverd, Esq.